UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: 6/18/14  Judge: James Donato

Time: 19 Minutes

Case No.   **C-14-00582-JD**
Case Name  **Norcia v. Samsung Telecommunications America, LLC et al**

Attorney(s) for Plaintiff(s):   John R. Hurley/Eduardo Gregory Roy
Attorney(s) for Defendant(s):  Sean D. Unger

Deputy Clerk: Lisa Clark                                  Court Reporter: Belle Ball

PROCEEDINGS

Motion to Compel Arbitration and Request for Stay - Deferred pending bench trial
Motion to Stay Defendants' Obligation to Respond to the Complaint - Hearing held

RESULT OF HEARING

The parties agree there is a factual dispute about the making of the alleged arbitration agreement. Therefore, pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, the Court sets a 1-day bench trial on this issue, to begin at 9 a.m. on August 14, 2014. The Court anticipates that each side will present no more than two witnesses. The parties are directed to resolve evidentiary disputes prior to the bench trial and to contact the Court no later than August 7, 2014 if they cannot do that. The Court will rule on the pending motion to compel arbitration (Dkt. No. 18) following the bench trial.

Defendants' request to stay (Dkt. No. 15) is granted in part, but the parties are directed to complete their Rule 26 initial disclosures by July 9, 2014. All other aspects of this case are stayed pending the Court's ruling on the arbitration motion.