UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL NORCIA,<br><br>              Plaintiff,<br><br>      v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, et al.,<br><br>              Defendants. | Case No.  14-cv-00582-JD<br><br>**PRETRIAL ORDER** |

For the bench trial on August 14, 2014, the parties should be prepared to give an opening statement not longer than 10 minutes per side outlining the evidence they expect to be presented. This is not argument -- it is opening statement, and the parties are advised to be mindful of that.

All testifying witness will be excluded from the courtroom prior to testifying. That includes during opening statements.

At the close of evidence, the Court will discuss with the parties potential issues relating to determination of arbitrability.

**IT IS SO ORDERED.**

Dated:  August 12, 2014

_____
JAMES DONATO
United States District Judge