UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL NORCIA,<br>         Plaintiff,<br><br>         v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, et al.,<br>         Defendants. | Case No.  14-cv-00582-JD<br><br>**AMENDED SCHEDULING ORDER** |

The Court previously stayed this case and vacated all case management deadlines pending the resolution of defendants' appeal to the Ninth Circuit Court of Appeals. Dkt. No. 76. The mandate has now issued, Dkt. No. 88, and the Court consequently lifts the stay and sets the following new case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Add parties or amend pleadings | Closed |
| Last day for plaintiff to move for class certification | March 15, 2018 |
| Fact discovery cut-off | July 2, 2018 |
| Expert disclosures | July 2, 2018 |
| Rebuttal expert disclosures | August 3, 2018 |
| Expert discovery cut-off | August 31, 2018 |
| Last day to file dispositive and *Daubert* motions | September 6, 2018 |

| Event | Deadline |
|---|---|
| Pretrial conference | November 29, 2018 at 1:30 p.m. |
| Jury Trial | December 17, 2018 at 9:30 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: June 21, 2017

_____
JAMES DONATO
United States District Judge