EDUARDO G. ROY (Bar No. 146316)
DANIEL C. QUINTERO (Bar No. 196492)
JOHN R. HURLEY (Bar No. 203641)
**PROMETHEUS PARTNERS L.L.P.**
220 Montgomery Street, Suite 1094
San Francisco, CA 94104
Tel.: 415.527.0255

ALEC CIERNY (Bar No. 275230)
**THE CIERNY FIRM**
650 California Street, Floor 7
San Francisco, CA 94108-2737
Tel.:  415.259.4646
Fax:  415.230.5777

Attorneys for Plaintiff
DANIEL NORCIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL NORCIA, on his own behalf and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a New York Corporation, and SAMSUNG ELECTRONICS AMERICA, INC., a New Jersey Corporation,<br><br>    Defendants. | CASE NO. 3:14-cv-582-JD<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION** |

**STIPULATION AND [PROPOSED] ORDER**

This stipulation is entered into by and between Plaintiff Daniel Norcia ("Plaintiff") and Defendants Samsung Telecommunications America, LLC and Samsung Electronics America, Inc. ("Defendants") by and through their respective attorneys of record, with reference to the following facts:

1. On August 18, 2017, Defendants filed their Motion for Judgment on the Pleadings ("Motion"), which was heard by the Court on October 5, 2017 [Dkt. 94];

2. On February 8, 2018, the Court entered an Amended Scheduling Order in which, among other deadlines, the Court set a new deadline for Plaintiff to file his Motion for Class Certification within 90 days after the Court issues its order on the Motion [Dkt. 114];

3. On October 1, 2018, the Court entered its order on the Motion [Dkt. 133];

4. Pursuant to the Court's Amended Scheduling Order, Plaintiff's new deadline to file his Motion for Class Certification is December 31, 2018; and

5. In light of Plaintiff's new Motion for Class Certification deadline falling in the midst of the end of year holiday season and other scheduling conflicts and issues relating to class certification that the parties have discussed and agree present fair grounds for modification of the case schedule, the Parties have agreed to request that the Court amend the current briefing schedule.

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

Subject to the approval of the Court:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Last day for Plaintiff to move for class certification | December 31, 2018 | January 31, 2019 |
| Last day for Defendants to file an opposition to Plaintiff's Motion for Class Certification | January 14, 2019 | March 18, 2019 |
| Last day for Plaintiff to file a reply in support of Plaintiff's Motion for Class Certification | January 21, 2019 | April 1, 2019 |

**IT IS SO STIPULATED.**

Dated: November 9, 2018      Respectfully submitted,

PROMETHEUS PARTNERS L.L.P.

By /s/ John R. Hurley
    JOHN R. HURLEY
    Attorneys for Plaintiff
    DANIEL NORCIA

Dated: November 9, 2018      Respectfully submitted,

HUNTON ANDREWS KURTH LLP

By /s/ Michael J. Mueller
    MICHAEL J. MUELLER
    Attorneys for Defendants
    SAMSUNG TELECOMMUNICATIONS
    AMERICA, LLC and SAMSUNG
    ELECTRONICS AMERICA, INC.

I, John R. Hurley, am the ECF User whose ID and password are being used to file this Stipulation Regarding Briefing Schedule For Motion for Class Certification. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael J. Mueller has concurred in this filing.

# [PROPOSED] ORDER

Based on the foregoing stipulation of the Plaintiff and the Defendants, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

| Event | New Deadline |
| --- | --- |
| Last day for Plaintiff to move for class certification | January 31, 2019 |
| Last day for Defendants to file an opposition to Plaintiff's Motion for Class Certification | March 18, 2019 |
| Last day for Plaintiff to file a reply in support of Plaintiff's Motion for Class Certification | April 1, 2019 |

**IT IS SO ORDERED.**

Dated: _____, 2018            _____

                                                                Honorable James Donato

                                                                United Stated District Judge