1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL NORCIA, on his own behalf and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>       vs.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a New York Corporation, and SAMSUNG ELECTRONICS AMERICA, INC., a New Jersey Corporation,<br><br>       Defendants. | CASE NO. 3:14-cv-582-JD<br><br>~~[PROPOSED]~~ **FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

-1-

1    Terms and phrases in this Judgment will have the same meanings as in the Class Action

2    Settlement and Release, Dkt. No. 169-1 (the Settlement Agreement).

3    The Court has personal jurisdiction over all Class Members and subject matter jurisdiction

4    to approve the Settlement Agreement, and final approval of the Settlement Agreement was

5    previously granted. Dkt. No. 199.

6    The Court dismisses this class action against SAMSUNG ELECTRONICS AMERICA,

7    INC., on the merits and with prejudice, without fees or costs to any party except as provided for

8    in the Settlement Agreement and the Court's final approval order, Dkt. No. 199, as well as in any

9    other fees and costs orders that may be issued in the future by the Court.

10   The Releases in the Settlement Agreement will become effective as of the Effective Date,

11   and will discharge the Releasees from the Released Claims. The Settlement Agreement is binding

12   on, and will have res judicata and preclusive effect in all pending and future lawsuits or other

13   proceedings maintained by or on behalf of Releasors and the Releasees with respect to the

14   Released Claims. All Class Members who were not excluded by the final approval order are

15   permanently barred and enjoined from filing, intervening, or participating in any lawsuit or other

16   action in any jurisdiction based on the Released Claims.

17   Judgment is entered pursuant to Federal Rule of Civil Procedure 58. Without affecting the

18   finality of this Judgment, the Court retains jurisdiction on all matters relating to administration,

19   consummation, implementation, enforcement, and interpretation of the Settlement Agreement and

20   this Judgment, and for any other necessary purpose.

21

22   **PURSUANT TO STIPULATION, IT IS SO ORDERED, ADJUDGED AND DECREED.**

23

24   Dated: __August 6, 2021__        _____

25                                    The Honorable James Donato

26                                    United States District Judge

27

28